**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01285-REB-CBS

ERIN EGTS, and
BRETT BARAGAR, individually, and as parents of Owen Timothy Baragar, infant deceased,

     Plaintiffs,

v.

MICHAEL P. JOHNSON, M.D., and
CENTURA HEALTH ST. ANTHONY CENTRAL HOSPITAL,

     Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

     The matter before me is the **Stipulation For Dismissal With Prejudice** [#16] filed October 16, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation For Dismissal With Prejudice** [#16] filed October 16, 2009, is **APPROVED**;

     2.  That Trial Preparation Conference set for July 9, 2010, is **VACATED**;

     3.  That the jury trial set to commence July 26, 2010, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 19, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge